UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CYNTHIA WEBB,** **PLAINTIFF**

v. CIVIL ACTION NO. 3:23-cv-00552-DJH-RSE (e-filed)

**MARTIN O'MALLEY,**
**COMMISSIONER OF SOCIAL SECURITY,** **DEFENDANT**

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

February 13, 2024

David J. Hale, Judge
United States District Court

TENDERED BY:
Nicol S. Fitzhugh
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone:  816.936-5755
Email:  nicol.fitzhugh@ssa.gov